# United States Bankruptcy Court
## District of Arizona

In re **Nancy Ramirez**     Debtor(s)     Case No. **2:23-bk-09038**    Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

■    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Nancy Ramirez**, declares the foregoing to be true and correct under penalty of perjury.

Date **January 2, 2024**      Signature **/s/ Nancy Ramirez**
                                                                Nancy Ramirez
                                                                Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# Earnings Statement

**NANCY RAMIREZ**

Company: 0TM94 - METLANG LLC

Pay Date: 10/06/2023  
Period Start: 09/24/2023  
Period End: 09/30/2023  

1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL 33004  
(212) 983-6060

Emp #: 2449  
Dept: XX9999 - Unassigned  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Sick Federal Contract | 0.00 | 0.00 | 0.00 | 462.98 |
| Vacation | 1.33 | 40.00 | 53.20 | 446.27 |
| Regular Temp | 34.62 | 40.00 | 1,384.80 | 11,942.40 |
| **Gross Pay** | | 80.00 | 1,438.00 | 12,851.65 |

| W/H Taxes | | Current Period | Year to Date |
|---|---|---|---|
| (H) Federal W/H | | 118.52 | 947.64 |
| Medicare | | 20.85 | 186.35 |
| Social Security | | 89.15 | 796.80 |
| (F/O) Arizona State W/H | | 38.83 | 347.00 |

| Deductions | | Current Period | Year to Date |
|---|---|---|---|
| None | | 0.00 | 0.00 |
| **Net Pay** | | 1,170.65 | 10,573.86 |

Voucher No.: 297876DD

## Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1,170.65 | 10,573.86 | A/C:1358 |

| Employee Benefits, Allowances, and Other | Rate | Hours/Units | Current Period | Year to Date | YTD Taken | Available |
|---|---|---|---|---|---|---|
| Sick Federal Contract Hours | | | | 47.02 | 14.00 | 33.02 |
| Sick AZ Hours | | | | 0.27 | 0.00 | 0.27 |
| Health and Welfare | 4.57 | 40.00 | 182.80 | 1,547.70 | | |
| Vacation/PTO Accrued and | 0.00 | 1.54 | | 0.00 | | |

\*H&W Rate = Contract H&W Rate x Hours Worked (with a limit of 40 hours) per week

paycom  15:186:09:MC

---

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

1-1357/260    **297876DD**

METLANG LLC  
1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL, 33004

XX9999

Signature Bank

This is not a check  
DATE: 10/06/2023

This is not a check    ***1,170.65

One Thousand One Hundred Seventy And 65/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF MP

NANCY RAMIREZ  
1555 S VALVISTA DRIVE UNIT 154  
GILBERT, AZ  85296

**Direct Deposit Voucher**

**NON-NEGOTIABLE**

— THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES. —

Scanned with CamScanner

| Earnings Statement | | | | | NANCY RAMIREZ |
|---|---|---|---|---|---|

Company: 0TM94 - METLANG LLC

Pay Date: 10/13/2023  
Period Start: 10/01/2023  1815 GRIFFIN ROAD SUITE 401  
Period End: 10/07/2023  DANIA BEACH, FL 33004   (212) 983-6060

Emp #: 2449  
Dept: XX9999 - Unassigned  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Sick Federal Contract | 0.00 | 0.00 | 0.00 | 462.98 |
| Vacation | 1.33 | 40.00 | 53.20 | 499.47 |
| Regular Temp | 34.62 | 40.00 | 1,384.80 | 13,327.20 |
| Gross Pay | | 80.00 | 1,438.00 | 14,289.65 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (H) Federal W/H | | | 118.52 | 1,066.16 |
| Medicare | | | 20.85 | 207.20 |
| Social Security | | | 89.16 | 885.96 |
| (F/O) Arizona State W/H | | | 38.83 | 385.83 |

| Deductions | | | | |
|---|---|---|---|---|
| None | | | 0.00 | 0.00 |
| Net Pay | | | 1,170.64 | 11,744.50 |

Voucher No.: 298327DD

**Net Pay Distribution**  
Direct Deposit Net Check    1,170.64    11,744.50 A/C:1358

| Employee Benefits, Allowances, and Other | Rate | Hours/Units | Current Period | YTD | YTD Taken | Available |
|---|---|---|---|---|---|---|
| Sick Federal Contract Hours | | | | 48.35 | 14.00 | 34.35 |
| Sick AZ Hours | | | | 0.27 | 0.00 | 0.27 |
| Health and Welfare | 4.57 | 40.00 | 182.80 | 1,730.50 | | |
| Vacation/PTO Accrued and | 0.00 | 1.54 | | 0.00 | | |

+ *H&W Rate = Contract H&W Rate x Hours Worked (with a limit of 40 hours) per week

paycom  24:16:09:MC

---

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

1-1357/260     298327DD

METLANG LLC  
1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL, 33004  

XX9999

Signature Bank

This is not a check  
DATE: 10/13/2023  
This is not a check    ***1,170.64

One Thousand One Hundred Seventy And 64/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF  
NANCY RAMIREZ  
1555 S VALVISTA DRIVE UNIT 154  
GILBERT, AZ 85296

Direct Deposit Voucher  
NON-NEGOTIABLE

THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

Scanned with CamScanner

331

Earnings Statement

NANCY RAMIREZ

Company: 0TM94 - METLANG LLC

Pay Date: 10/20/2023  
Period Start: 10/08/2023  
Period End: 10/14/2023  

1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL 33004  

(212) 983-6060

Emp #: 2449  
Dept: XX9999 - Unassigned  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Sick Federal Contract | 0.00 | 0.00 | 0.00 | 462.98 |
| Vacation | 1.33 | 40.00 | 53.20 | 552.67 |
| Overtime Temp | 69.24 | 8.00 | 553.92 | 553.92 |
| Regular Temp | 34.62 | 32.00 | 1,107.84 | 14,435.04 |
| Gross Pay | | 80.00 | 1,714.96 | 16,004.61 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (H) Federal W/H | | | 91.24 | 1,157.40 |
| Medicare | | | 24.87 | 232.07 |
| Social Security | | | 106.33 | 992.29 |
| (F/O) Arizona State W/H | | | 46.30 | 432.13 |

| Deductions | | | | |
|---|---|---|---|---|
| None | | | 0.00 | 0.00 |
| Net Pay | | | 1,446.22 | 13,190.72 |

Voucher No.: 298751DD

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1,446.22 | 13,190.72 A/C:1358 |

| Employee Benefits, Allowances, and Other | | | | YTD | Taken | Available |
|---|---|---|---|---|---|---|
| Sick Federal Contract Hours | | | | 49.68 | 14.00 | 35.68 |
| Sick AZ Hours | | | | 0.27 | 0.00 | 0.27 |
| Health and Welfare | 4.57 | 40.00 | 182.80 | 1,913.30 | | |
| Vacation/PTO Accrued and | 0.00 | 1.54 | | 0.00 | | |

+ *H&W Rate = Contract H&W Rate x Hours Worked (with a limit of 40 hours) per week

paycom  11:188:10:MC

---

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

1-1357/260  298751DD

METLANG LLC  
1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL, 33004  

XX9999

Signature Bank

This is not a check  
DATE: 10/20/2023  
This is not a check  ***1,446.22

One Thousand Four Hundred Forty-Six And 22/100 Dollars

This is not a check

Direct Deposit Voucher

DEPOSIT TO THE ORDER OF MP  
NANCY RAMIREZ  
1555 S VALVISTA DRIVE UNIT 154  
GILBERT, AZ  85296

NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.



# Earnings Statement

**NANCY RAMIREZ**

Company: 0TM94 - METLANG LLC

Pay Date: 10/27/2023  
Period Start: 10/15/2023  
Period End: 10/21/2023  

1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL 33004  
(212) 983-6060

Emp #: 2449  
Dept: XX9999 - Unassigned  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Sick Federal Contract | 34.62 | 16.00 | 553.92 | 1,016.90 |
| Vacation | 1.33 | 24.00 | 31.92 | 584.59 |
| Overtime Temp | 0.00 | 0.00 | 0.00 | 553.92 |
| Regular Temp | 34.62 | 24.00 | 830.88 | 15,265.92 |
| **Gross Pay** | | **64.00** | **1,416.72** | **17,421.33** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (H) | Federal W/H | | 39.05 | 1,196.45 |
| | Medicare | | 20.54 | 252.61 |
| | Social Security | | 87.83 | 1,080.12 |
| (F/0) | Arizona State W/H | | 38.25 | 470.38 |

| Deductions | | | |
|---|---|---|---|
| None | | 0.00 | 0.00 |

| | Current Period | Year to Date | |
|---|---|---|---|
| **Net Pay** | **1,231.05** | **14,421.77** | Voucher No.: 299181DD |

**Net Pay Distribution**

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1,231.05 | 14,421.77 | A/C:1358 |

**Employee Benefits, Allowances, and Other**

| | Rate | Hours/Units | Current Period | Year to Date | YTD Taken | Available |
|---|---|---|---|---|---|---|
| Sick Federal Contract Hours | | | | 50.48 | 30.00 | 20.48 |
| Sick AZ Hours | | | | 0.27 | 0.00 | 0.27 |
| Health and Welfare | 4.57 | 24.00 | 109.68 | 2,022.98 | | |
| Vacation/PTO Accrued and | 0.00 | 0.92 | | 0.00 | | |

\*H&W Rate = Contract H&W Rate x Hours Worked (with a limit of 40 hours) per week

paycom  54:15:09:MC

---

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

1-1357/260  299181DD

METLANG LLC  
1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL, 33004

XX9999

Signature Bank

**This is not a check**  
DATE: 10/27/2023  
**This is not a check**  ***1,231.05

One Thousand Two Hundred Thirty-One And 05/100 Dollars

**This is not a check**

DEPOSIT TO THE ORDER OF  
NANCY RAMIREZ  
1555 S VALVISTA DRIVE UNIT 154  
GILBERT, AZ  85296

Direct Deposit Voucher

**NON-NEGOTIABLE**



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

# Earnings Statement

363

**NANCY RAMIREZ**

Company: 0TM94 - METLANG LLC

Pay Date: 11/03/2023  
Period Start: 10/22/2023  
Period End: 10/28/2023  

1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL 33004  
(212) 983-6060

Emp #: 2449  
Dept: XX9999 - Unassigned  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Sick Federal Contract | 0.00 | 0.00 | 0.00 | 1,016.90 |
| Vacation | 1.33 | 23.00 | 30.59 | 615.18 |
| Overtime Temp | 0.00 | 0.00 | 0.00 | 553.92 |
| Regular Temp | 34.62 | 23.00 | 796.26 | 16,062.18 |
| **Gross Pay** | | 46.00 | 826.85 | 18,248.18 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (H) Federal W/H | | | 0.00 | 1,196.45 |
| Medicare | | | 11.99 | 264.60 |
| Social Security | | | 51.27 | 1,131.39 |
| (F/O) Arizona State W/H | | | 22.32 | 492.70 |

| Deductions | | | | |
|---|---|---|---|---|
| None | | | 0.00 | 0.00 |
| **Net Pay** | | | 741.27 | 15,163.04 |

Voucher No.: 299622DD

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 741.27 | 15,163.04 A/C:1358 |

| Employee Benefits, Allowances, and Other | | | | YTD Taken | Available |
|---|---|---|---|---|---|
| Sick Federal Contract Hours | | | | 51.24 | 30.00 | 21.24 |
| Sick AZ Hours | | | | 0.27 | 0.00 | 0.27 |
| Health and Welfare | 4.57 | 23.00 | 105.11 | 2,128.09 | |
| Vacation/PTO Accrued and | 0.00 | 0.89 | | 0.00 | |

+ *H&W Rate = Contract H&W Rate x Hours Worked (with a limit of 40 hours) per week

paycom  57:189:08:MC

---

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

1-1357/260  
299622DD

METLANG LLC  
1815 GRIFFIN ROAD SUITE 401  
DANIA BEACH, FL, 33004

Signature Bank

XX9999

**This is not a check**  
DATE: 11/03/2023  
**This is not a check** ***741.27

Seven Hundred Forty-One And 27/100 Dollars

**This is not a check**

DEPOSIT TO THE ORDER OF  
NANCY RAMIREZ  
1555 S VALVISTA DRIVE UNIT 154  
GILBERT, AZ 85296

Direct Deposit Voucher

NON-NEGOTIABLE



MP

THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

Scanned with CamScanner